

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUIS PALOMO, | § | No. 08-24-00416-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| VICTOR GRANADOS, | § | of El Paso County, Texas |
| Appellee. | § | (TC #2023DCV4357) |

## **MEMORANDUM OPINION**

Before the Court is the parties' joint motion to set aside the judgment pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). The motion states that the parties have entered into an agreement settling their dispute and provides as Exhibit A a "Memorandum of Settlement Agreement," which indicates their agreement to set aside the trial court's judgment without regard to the merits and remand to the trial court for entry of a release of judgment in accordance with the parties' agreement.

Rule 42.1(a)(2) permits an appellate court to dispose of a civil appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. Tex. R. App. P. 42.1(a)(2). Specifically, Rules 42.1(a)(2)(B) and 43.2(d) permit a court of appeals to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

We find that the parties have complied with Rule 42.1(a)(2)(B) by filing the Memorandum of Settlement Agreement signed by counsel for both parties. Accordingly, the parties' joint motion is granted.

We set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. Tex. R. App. P. 42.1(a)(2)(B); 43.2(d). Costs are taxed against the party incurring the same, as stated in the joint motion. Tex. R. App. P. 42.1(d).

We order the Court's mandate in this case to issue immediately. *See* Tex. R. App. P. 18.1(c).

LISA J. SOTO, Justice

February 28, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.